

mn OFFICE OF HIGHER EDUCATION

# NURSING ASSISTANT INITIATIVE

## MONITORING REPORT

**FISCAL YEAR 2023**

American Rescue Plan | E603220

September 30, 2023

EXHIBIT C

**Minnesota Office of Higher Education**

1450 Energy Park Drive, Suite 350
Saint Paul, MN 55108-5227
Tel: 651.642.0567 or 800.657.3866
TTY Relay: 800.627.3529
Fax: 651.642.0675
Email: info.ohe@state.mn.us



# Table of Contents

Administrative Summary 5
Training Providers 6
Nursing Assistant Initiative Outcomes 10
Nursing Assistant Initiative Participant Testimony 12
Financial Reconciliation Summary 13
Conclusion 15



EXHIBIT C

According to data from the Minnesota Department of Employment and Economic Development, nursing assistants are the sixth highest in-demand job in the State of Minnesota. This need has been exacerbated by the ongoing impacts of the COVID-19 health emergency. The current pipeline of participants pursing a Certified Nursing Assistant (CNA) credential is not poised to meet the demand. To address this need, the Minnesota Office of Higher Education (OHE) convened a work group of state agencies, higher education institutions, and long-term care providers to design a recruiting and training program known as the Nursing Assistant Initiative (NA Initiative).

In January of 2022, the State of Minnesota set a goal to train at least 1,000 new CNAs by funding the NA Initiative through state and federal resources. OHE partnered with Minnesota State Colleges and Universities and the HealthForce Center of Excellence to administer the NA Initiative. By mid-February 2023, the State of Minnesota surpassed their goal by preparing and certifying 1,737 individuals to enter the workforce as CNAs. Participants were recruited from across Minnesota communities, including disadvantaged communities, and received training in programs throughout the state. The NA Initiative offered resources and supports to participants pursuing CNA credentials from the first day of class to the first day on the job. After participants completed their training and obtained their certification, they were employed throughout Minnesota, helping to alleviate staffing shortages felt in every region.

# Administrative Summary

**Fiscal Year 2022**

**Grant Agreement Period:** December 20, 2021 through December 31, 2022

**Grant Agreement Number:** 205478

**Grant Agreement Amount:** $3,168,809.00

**Grant Payments Made:** $2,617,177.73

**Fiscal Year 2023**

**Grant Agreement Period:** September 26, 2022 through February 15, 2023

**Grant Agreement Number:** 219343

**Grant Agreement Amount:** $2,445,325.00

**Grant Payments Made:** $1,611,353.80

**Grantee:** Minnesota State Colleges and Universities System Office

**Address:** 30 East 7th Street, St. Paul, MN 55101

**Program Website:** http://www.ohe.state.mn.us/CNATraining

**Grantee Representative**
**Valerie DeFor,** Executive Director at Minnesota State HealthForce Center of Excellence

**Grantee Authorized Representative**
**Larry Lundblad,** Executive Director of Workforce and Economic Development at Minnesota State Colleges and Universities

**State of Minnesota Administrator**
**Jacquelynn Mol Sletten,** Financial Aid Administrator at Minnesota Office of Higher Education





EXHIBIT C

# Training Providers

Training providers supported through grant funds allocated for classes, additional support, and technology. Participants benefited from coursework, uniforms, examinations, and other supports at no cost.



## Minnesota State Colleges and Universities

- Alexandria Technical and Community College, Alexandria; FY22 and FY23
- Anoka Ramsey Community College, Coon Rapids; FY22 and FY23
- Anoka Technical College, Anoka; FY22 and FY23
- Central Lakes College, Brainerd; FY22
  - » Central Lakes College, Staples; FY22
- Century College, White Bear Lake; FY22 and FY23
- Dakota County Technical College, Rosemount; FY22 and FY23
- Hennepin Technical College, Eden Prairie; FY22 and FY23
- Minneapolis Community and Technical College, Minneapolis; FY22 and FY23
- Minnesota North College, Grand Rapids; FY22 and FY23
  - » Minnesota North College, Hibbing; FY22
  - » Minnesota North College, Virginia; FY22
- Minnesota State College Southeast, Red Wing; FY22 and FY23
  - » Minnesota State College Southeast, Winona; FY22
- Minnesota State Community and Technical College, Moorhead; FY22 and FY23
- Minnesota State University Mankato, Mankato; FY23
- Minnesota West Community and Technical College, Granite Falls; FY22 and FY23
- Minnesota West Community and Technical College, Worthington; FY22
- Northland Community and Technical College, East Grand Forks; FY22 and FY23
- Pine Technical and Community College, Pine City; FY22 and FY23
- Ridgewater College, Hutchinson; FY22 and FY23
  - » Ridgewater College, Willmar; FY22
- Riverland Community College, Albert Lea; FY22 and FY23
  - » Riverland Community College, Austin; FY22 and FY23
  - » Riverland Community College, Owatonna; FY22
- Rochester Community and Technical College, Rochester; FY22
- Saint Paul College, St. Paul; FY22 and FY23
- South Central College, Mankato; FY22 and FY23
- St. Cloud Technical Community College, St. Cloud; FY22 and FY23





## Map of Training Providers




- Minnesota State Colleges and Universities, FY22 and FY23
- Minnesota State Colleges and Universities, FY22
- Private Companies, FY22
- Private Companies, FY23
- Minnesota High School Programs, FY22 and FY23
- Minnesota High Schools, FY23



EXHIBIT C



## Minnesota Private Companies

- ✓ HeartCert, Duluth; FY22
  - HeartCert, Eagan
  - HeartCert, Mankato
- ✓ LeadingAge Minnesota; FY22
  - Auburn Homes and Services
    - » Chaska
    - » Waconia
  - Benidictine
    - » Hastings
    - » Minneapolis
    - » New Brighton
    - » Shakopee
    - » St. Paul
    - » St. Peter
    - » White Bear Lake
  - Cassia, Edina
  - Central Healthcare, Le Center
  - Ebenezer
    - » Bloomington
    - » Burnsville
    - » Edina
    - » Minneapolis
  - Episcopal Homes, St. Paul
  - Gunderson Tweeten Care Center, Spring Grove
  - Life Care, Roseau
  - Mille Lacs Health System, Onamia
  - Viking Manor, Ulen
- ✓ LifeCare Medical Center, Roseau; FY23
- ✓ Prime Time Medical Training, Minneapolis; FY22
- ✓ Ronda Fay Rohl, Waltham; FY22
- ✓ Villa of St Vincent, Crookston; FY22



High School program locations supported through grant funds allocated for additional support. Participants benefitted from examinations (only) at no cost.

## Minnesota High School Programs (FY22-FY23)

- 916 Career and Technical Center, St. Paul
- Alexandria High School, Alexandria
- Anoka-Hennepin STEP, Anoka
- Browerville High School, Browerville
- Elk River High School, Elk Rive
- Forest Lake High School, Forest Lake
- Isle School District, Isle
- Mankato West High School, Mankato
- Marshall Area Technical and Educational Center, Marshall
- Minnesota North College (Mesabi Range College), Virginia
- Minnesota West Community and Technical College, Granite Falls
- Nevis High School, Nevis
- Roseau High School, Roseau
- Rosemount High School, Rosemount
- Rushford Peterson High School, Rushford
- Spring Lake Park High School, Spring Lake Park
- St. Louis Park High School, St. Louis Park
- West Central Area High School, Barrett
- Wright Technical Center, Buffalo

High School locations supported through grant funds allocated for program equipment.

## Minnesota High Schools (FY23)

- Brandon-Evansville Public Schools, Brandon
- Burnsville-Eagan-Savage Public Schools, Burnsville
- Cass Lake-Bena Public Schools, Cass Lake
- Cook County Schools, Grand Marais
- Duluth Public Schools, Duluth
- Elk River Area Schools, Elk River
- Fergus Falls Public Schools, Fergus Falls
- Forest Lake Area Schools, Forest Lake
- Greenway Public Schools, Coleraine
- Hutchinson Public Schools, Hutchinson
- Lincoln International Charter School, Minneapolis
- Marshall Public Schools, Marshall
- Milaca Public Schools, Milaca
- Northeast Metro Public Schools, St. Paul
- Osseo Public Schools, Osseo
- Plainview-Elgin-Millville Public Schools, Plainview
- Redwood Area Schools, Redwood Falls
- Rushford-Peterson Public Schools, Rushford
- Sartell Area Schools, Sartell
- Shakopee Public Schools, Shakopee
- Southwest Metro Public Schools, Shakopee
- West Central Area Schools, Barrett
- White Bear Lake Area Schools, White Bear Lake
- Wright Technical Center, Buffalo







EXHIBIT C

# Nursing Assistant Initiative Outcomes



### Recent Participant Data
### September 2022 - February 2023

The NA Initiative supported 2,011 participants. Of the 2,011 participants, 1,433 (71%) took certification exams. Of those 1,433 participants, 1,036 (72%) have successfully passed their certification exams. Notable, of the participants who took certification exams, 472 were high school students. 336 (71%) of the high school students successfully passed their certification exams. Overall, the program prepared and certified 1,036 individuals to enter the workforce as CNAs.



### Cumulative Participant Data
### January 2022 - February 2023

The NA initiative supported 3,145 participants. Of the 3,145 participants, 2,250 took certification exams. Of those 2,250 participants, 1,737 have successfully passed their certification exam. Notable, of the participants 813 were high school students. 571 of the high school students successfully passed the certification exam. Overall, the program prepared and certified 1,737 individuals to enter the workforce as CNAs.



### Program Visibility

The NA Initiative raised awareness about the importance, value, and necessity of the nursing assistant profession. On numerous occasions, the Governor's Office, state agencies, media outlets, high schools, colleges, and community organizations encouraged people to consider joining the profession through the NA Initiative and serve in long-term care facilities. The 2023 Legislature has committed to the continuation of the NA Initiative by providing state funding resources.



### Minimizing Education Barriers for Participants

The NA Initiative provided participants with funds for transportation and technology needs. Throughout the program, participants expressed their appreciation for having funds for reliable transportation. They were able to focus more on learning as opposed to how they were going to get to class. In addition, the NA Initiative reimbursed high schools for necessary equipment to train high school students. Students were able to acquire knowledge and skills through the use of current technology and resources.



### Connecting with Employers

As participants neared exams and earned credentials, colleges and private training providers introduced them to potential employers. The employers were welcomed onsite and in virtual settings to share information about joining their teams as nursing assistants. These interactions provided participants with opportunities to network and consider employment options that would work well for them.



EXHIBIT C

# Nursing Assistant Initiative Participant Testimony

*"I believe this is an AWESOME opportunity for both the healthcare system and people. The healthcare industry is hurting right now, and it is too bad more people are not taking advantage of the opportunity for FREE tuition and at the same time helping our society. It is a great feeling to help our elderly, vulnerable and disabled neighbors. I have referred several people myself. Thank you so much for pulling me this direction because I would never think in a million years I could be fulfilled in the category of work!"*

*"I wanted to let you know, I was able to complete the next generation training at Minnesota State University in August and on September 16th passed my state exams and become certified. I am now working as a Certified Nursing Assistant for the Forensic Nursing Home, which is part of the state hospital in St. Peter. I am so grateful for this program and the blessings it has brought to my family."*

*"Just wanted to reach out to you and thank you for all the help and resources you have provided for me and the many people I have referred to become Certified Nursing Assistants. I am proud to say I obtained my certificate and have been working as a Certified Nursing Assistant since July ... Thanks to Governor Walz and all your help. I am now seeking to do the Trained Medication Aide portion to safely administer medications."*





# Financial Reconciliation Summary

**Grant Period:** December 20, 2021 through December 31, 2022

**Grant Awarded:** $3,168,809.00

**Payments Made**: $2,617,177.73

- Marketing, Classes, Additional Supports, and Technology: $2,385,494.73
- Grantee Administration: $231,683.00

**Grant Period:** September 26, 2022 through February 15, 2023

**Grant Awarded:** $2,445,325.00

**Payments Made**: $1,611,353.80

- Marketing, Classes and Additional Supports: $1,375,090.34
- Grantee Administration: $146,486.18
- High School Equipment: $89,777.28

## Marketing

The grantee tailored a marketing campaign to the participant populations, parents, school counselors, teachers and faculty to increase enrollment in CNA classes being offered at all participating institutions.

## Classes

The grantee provided Certified Nursing Assistant classes to interested and eligible participants at no cost to participants. Classes included required books/materials, scrubs, and certification exam fees. In addition, the grant covered certification exam fees for high school students, who participated in nursing assistant classes through high school programs.

## Additional Support

The grantee supported eligible participants attending Certified Nursing Assistant classes by providing coaching/mentoring, emergency grants to overcome barriers to enrollment, and technology supports.



EXHIBIT C



# Financial Reconciliation Summary (continued)

### Technology

The grantee provided resources to offset technology needs for operating Certified Nursing Assistant classes at participating institutions.

### Administration

Grantee administration of the program included staff time; indirect costs; providing training and support for faculty and participant support coach; convening and/or facilitating subcommittee work related to enrollment, marketing, and providing incentives; performing required reporting requirements, project management; and other administrative tasks and roles to ensure program's success.

### High School Equipment

High school nursing assistant programs upgraded or replaced equipment and materials.

### Other Funding to Support the Nursing Assistant Initiative

In addition to Nursing Assistant Initiative funding administered by the Minnesota Office of Higher Education and Minnesota State Colleges and Universities, the Minnesota Department of Education administered funding during fiscal year 2022 for the startup costs of establishing new high school Certified Nursing Assistant programs to high school districts that did not already have programs. The funding covered approved equipment, supplies, and curriculum costs to establish new classrooms.

The following school districts were granted $15,000 each to start new Certified Nursing Assistant programs for their students:

1. Community Center of Excellence, St. Paul, MN
2. East Grand Forks Senior High School, East Grand Forks, MN
3. Fridley Public Schools, Fridley, MN
4. Jordan School District, Jordan, MN
5. Nevis School District, Nevis, MN
6. Pine City Schools, Pine City, MN
7. Proctor Public Schools, Duluth, MN
8. Southwest Metro Intermediate District, Shakopee, MN
9. West St. Paul – Mendota Heights – Eagan Schools, Mendota Heights, MN



# Conclusion

The Nursing Assistant Initiative (NA Initiative) was developed and put into production in record time to meet the urgent need for nursing assistants in the State of Minnesota. All parties involved in the program were committed to the success of participants. Training providers answered the call to prepare participants for the nursing assistant profession. As participants completed their programs, they shared their positive experiences with others, which led to more interest in the program. Now that further funding was made available for the NA Initiative during the 2023 legislative session, Minnesota State Colleges and Universities and the HealthForce Center of Excellence will continue to support Minnesotans in training, testing, and entering into the workforce as Certified Nursing Assistants.



EXHIBIT C




EXHIBIT C