# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PLACEHOLDER FOR
COMPLAINT EXHIBIT D – VIDEO RECORDING

Twin Cities Safety LLC, d.b.a., HeartCert, et al.,

      Plaintiff(s)

v.

Roger Moe, in his official capacity as Chair of the Board of Trustees and Trustee of the Minnesota State Colleges and Universities, or his successor, et al.,

      Defendant(s)

Case Number: *Case Number*

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT. FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: <u>Complaint Exhibit D – video recording</u>

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).