## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Twin Cities Safety LLC, d.b.a., HeartCert, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Roger Moe, in official capacity as Chair, Trustee of the Minnesota State Colleges and Universities, or successor thereto, et al., <br><br> Defendants. | Case No: 23-cv-03758-NEB-DJF <br><br><br> **DEFENDANTS' MOTION TO DISMISS** |

To: Plaintiffs, by and through their counsel, Erick G. Kaardal, of Mohrman, Kaardal & Erickson, P.A., 150 South 5th Street, Suite 3100, Minneapolis, MN 55402.

Pursuant to Rules 12(b)(6) and (1) of the Federal Rules of Civil Procedure, the above-captioned Defendants move the Court to dismiss Plaintiffs' Complaint that was filed December 7, 2023. This motion is based on the files, records and proceedings herein.

Dated: January 17, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


s/ **Kathleen Reitz**
JEFFREY TIMMERMAN
Assistant Attorney General
Atty. Reg. No. 0352561
KATHLEEN REITZ
Assistant Attorney General
Atty. Reg. No. 0399386

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-7660 (Voice)
(651) 282-5832 (Fax)
Jeffrey.Timmerman@ag.state.mn.us
Kathleen.Reitz@ag.state.mn.us

*Attorneys for Defendants*

|#5660095-v1